FILED

'10 JUL -7 AM 8:14

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE BARRY T. MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR4123-BTM |
| Plaintiff, | |
| v. | ORDER |
| IGNACIO BARBOSA-LOPEZ, | |
| Defendant, | |

The Court having duly considered defendant's Ex-Parte Application For An Order Permitting Counsel to Submit Interim CJA Vouchers for Legal Services Rendered,

**IT IS HEREBY ORDERED**, that the Application is GRANTED;

**IT IS FURTHER ORDERED** that attorney Zandra L. Lopez may submit interim CJA vouchers for the legal services rendered and expenses incurred on behalf of Defendant Ignacio Barbosa-Lopez.

**IT IS SO ORDERED**:

Dated: July 6, 2010

_____
HONORABLE BARRY T. MOSKOWITZ
United States District Judge